# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2024

## NO. 03-22-00245-CV

**Judicial Branch Certification Commission; and Velma Arellano; Don Ford, III; the Honorable Polly Spencer; the Honorable William Sowder; the Honorable Victor Villareal; Ann Murray Moore; Mark Blenden; the Honorable Sid Harle; the Honorable Glen Harrison; Jeff Rinard; and Melinda Saucedo, in their Official Capacities, Appellants**

**v.**

**Jo Ann Holmgren and Preferred Legal Services, Inc., Appellees**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
AFFIRMED IN PART, REVERSED IN PART AND REMANDED –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on April 18, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court affirms the denial of the plea to the jurisdiction concerning the mandamus petition. We reverse the denial of the plea to the jurisdiction concerning the petition for judicial review. We remand this cause to the trial court for further proceedings. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.